**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

**GWENDOLYN DUBOSE and HAROLD DUBOSE,**

        **Plaintiffs,**

**-vs-**                                              **Case No. 6:08-cv-385-Orl-31DAB**

**FLAWLESS TRANSPORTATION, INC.,
THOMAS A. COLLIER, JR., and
ANTONIO FOSTER,**

        **Defendants.**

_____

# ORDER

This cause comes before the Court on Plaintiffs' Motion for entry of Default Judgment Against Defendants Antonio Foster, Flawless Transportation, Inc., and Thomas A. Collier, Jr. (Doc. No. 120) filed February 24, 2009.

On April 21, 2009, the United States Magistrate Judge issued a report (Doc. No. 121) recommending that the motion be granted. No objections have been filed. Therefore, it is

**ORDERED** as follows:

    1.    The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

    2.    The Plaintiffs' Motion for entry of Default Judgment Against Defendants Antonio Foster, Flawless Transportation, Inc., and Thomas A. Collier, Jr. Is GRANTED.

3. The Clerk is directed to enter Judgment jointly and severally against the Defendants Flawless Transportation, Inc., Thomas Collier, Jr., and Antonio Foster in the amount of $490,000.00 which shall be as follows: Plaintiff Gwendolyn Dubose for $395,00.00, Quavon Dubose for $10,000.00, Jasmine Dubose for $10,000.00 and Plaintiff Harold Dubose for $75,000.00 and thereafter close the case.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on 18th day of May, 2009.

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE